No. 868. BEAVER PIPE TOOLS, INC., *v.* CAREY. C. A. 6th Cir. Certiorari denied. *Robert G. Day* and *H. H. Hoppe* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 871. WEIL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Eugene L. Bondy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 877. GRAMATAN-SULLIVAN, INC., *v.* KOSLOW. C. A. 2d Cir. Certiorari denied. *Francis J. Duffy* for petitioner. *Irving Berkelhammer* for respondent.

No. 896. PARNACHER ET AL. *v.* MOUNT, EXECUTOR. Supreme Court of Oklahoma. Certiorari denied. *James W. Bounds* for petitioners. *John Blaine Gilbreath* for respondent.

No. 901. BENNETT, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. Supreme Court of North Carolina. Certiorari denied. *Paul Cameron Whitlock* for petitioner. *John M. Robinson* and *W. T. Joyner* for respondent.

No. 903. INDIAN TOWING Co., INC., *v.* CRAWFORD ET AL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch, René H. Himel, Jr.* and *Lansing L. Mitchell* for petitioner. *Selim B. Lemle* for respondents.

No. 581, Misc. SAVOR *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.